UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
(WICHITA DOCKET)

**UNITED STATES OF AMERICA**, )
)
              Plaintiff, )
) Case No. 13 - <u>10067</u>    -01,02-<u>EFM</u>
      v. )
)
**RYAN O'MALLEY** and )
**ALEXANDRIA PIERCE**, )
)
              Defendants. )

### INDICTMENT

The Grand Jury charges:

### COUNT ONE:

**Possession with Intent to Distribute**
**21 U.S.C. § 841(a)(1) and (b)(1)(D)**

On or about October 31, 2011, in the District of Kansas, the defendants,

**RYAN O'MALLEY and**
**ALEXANDRIA PIERCE,**

knowingly and intentionally possessed with intent to distribute approximately 53.5 pounds of marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT TWO:

**Possession of Firearm in Relation to a Drug Trafficking Crime**
**18 U.S.C. § 924(c)**

On or about October 31, 2011, in the District of Kansas, the defendants,

**RYAN O'MALLEY AND**
**ALEXANDRIA PIERCE,**

did knowingly possess a firearm, that is, a Remington 870 Pump 20 gauge shotgun, serial number RS02024A, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Marijuana, a controlled substance.

In violation of Title 18, United States Code, Sections 924(c) and 2.

## Forfeiture Allegation 1

1.   The allegations contained in Count 1 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.   Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants,

**RYAN O'MALLEY AND**
**ALEXANDRIA PIERCE,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate

the commission of, the offense. The property to be forfeited includes, but is not limit to, the following:

    a.    $18,651.00 in United States Currency.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third-party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value, or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

## Forfeiture Allegation 2

1. The allegations contained in Count 2 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c) set forth in Count 2 of this Indictment, the defendants,

                **RYAN O'MALLEY AND**
                **ALEXANDRIA PIERCE,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commissions of the offense, including, but not limited to:

    A.    Remington 870 Pump 20 gauge shotgun, serial number RS02024A;

    B.    ammunition;

All pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

April 23, 2013                        s/ Foreperson  
DATE                                       FOREPERSON OF THE GRAND JURY

s/ Barry R. Grissom  
BARRY R. GRISSOM  
United States Attorney  
District of Kansas  
1200 Epic Center, 301 N. Main  
Wichita Kansas 67202  
(316) 269-6481  
Ks. S. Ct. No. 10866  
Barry.Grissom@usdoj.gov

(It is requested that trial be held in Wichita, Kansas.)